IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CINDY C. KILPATRICK                                               PLAINTIFF

v.                   Civil No. 05-6055

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                    DEFENDANT

## JUDGMENT

On this 24th day of January, 2007, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles R. Padgham, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $1,980.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                    /s/Bobby E. Shepherd
                                                                     Bobby E. Shepherd
                                                                     United States Circuit Judge[1]

---

[1] On January 22, 2007, an order was filed of record in the District Court for the Western District of Arkansas, pursuant to 28 U.S.C. § 291(b), authorizing Circuit Judge Bobby E. Shepherd to "hold a district court in the Western District of Arkansas . . . during the period beginning January 1, 2007, and ending December 31, 2007 . . ."

AO72A
(Rev. 8/82)